**SO ORDERED.**

**SIGNED this 31 day of August, 2023.**

_Joseph N. Callaway_
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>CAH ACQUISITION COMPANY #1, LLC, d/b/a WASHINGTON COUNTY HOSPITAL,[1]<br><br>Debtor, | CASE NO. 19-00730-5-JNC<br><br>CHAPTER 11<br><br>(Jointly Administered) |
| IN RE:<br><br>CAH ACQUISITION COMPANY #2, LLC, d/b/a OSWEGO COMMUNITY HOSPITAL,<br><br>Debtor, | CASE NO. 19-01230-5-JNC<br><br>CHAPTER 11<br><br>(Jointly Administered) |
| IN RE:<br><br>CAH ACQUISITION COMPANY #3, LLC, d/b/a HORTON COMMUNITY HOSPITAL,<br><br>Debtor, | CASE NO. 19-01180-5-JNC<br><br>CHAPTER 11<br><br>(Jointly Administered) |
| IN RE:<br><br>CAH ACQUISITION COMPANY 6, LLC, d/b/a I-70 COMMUNITY HOSPITAL,<br><br>Debtor, | CASE NO. 19-01300-5-JNC<br><br>CHAPTER 7<br><br>(Jointly Administered) |

---

[1] The Court has entered orders directing the procedural consolidation and joint administration of the debtors' cases.

IN RE:

CAH ACQUISITION COMPANY 7, LLC, d/b/a
PRAGUE COMMUNITY HOSPITAL,

                                    Debtor,

IN RE:

CAH ACQUISITION COMPANY 12, LLC, d/b/a
FAIRFAX COMMUNITY HOSPITAL,

                                    Debtor,

IN RE:

CAH ACQUISITION COMPANY 16, LLC, d/b/a
HASKELL COUNTY COMMUNITY HOSPITAL,

                                    Debtor,

THOMAS W. WALDREP, JR., as Litigation Trustee,

                                    Plaintiff,

v.

REBOOT, INC., d/b/a HIPAA GUARD, RURAL LAB
OUTREACH, LLC, and MICHAEL REECE,

                                    Defendants.

CASE NO. 19-01298-5-JNC

CHAPTER 11

(Jointly Administered)

CASE NO. 19-01697-5-JNC

CHAPTER 11

(Jointly Administered)

CASE NO. 19-01227-5-JNC

CHAPTER 11

(Jointly Administered)


A.P. Nos. 22-00101-5-JNC, et al.

## ORDER GRANTING CONSENT MOTION FOR WITHDRAWAL OF SPECIAL APPEARANCE BY ERIC JAY LANGSTON

This matter comes before the Court upon the Motion for Withdrawal of Special

Appearance by Eric Jay Langston filed on behalf of Defendants Reboot, Inc., D/B/A HIPPAA

Guard, Rural Lab Outreach, LLC, and Michael Reece ("Defendants").  Defendants' Local Civil

Rule 83.1(d) Counsel will assume the lead counsel role for the Defendants.  Based on the

foregoing, it is:

ORDERED, AJUDGED AND DECREED that the Motion for Withdrawal of Special

Appearance by Eric Jay Langston on behalf of Defendants is hereby granted and Mr. Langston's

representation of Defendants in these cases is terminated.


END OF DOCUMENT