**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

**CAH ACQUISITION COMPANY #1, LLC,**
**d/b/a WASHINGTON COUNTY HOSPITAL,**   CASE NO. 19-00730-5-JNC

Debtor,   CHAPTER 11

---

**THOMAS W. WALDREP, JR., as**
**LITIGATION TRUSTEE**

Plaintiff,   ADVERSARY PROCEEDING
NO. 22-00101-5-JNC

v.

**REBOOT, INC., d/b/a HIPAA GUARD,**
**RURAL LAB OUTREACH, LLC, and**
**MICHAEL REECE,**

Defendants.

---

IN RE:

**CAH ACQUISITION COMPANY #2, LLC,**
**d/b/a OSWEGO COMMUNITY HOSPITAL,**   CASE NO. 19-01230-5-JNC

Debtor,   CHAPTER 11

---

**THOMAS W. WALDREP, JR., as**
**LITIGATION TRUSTEE**

Plaintiff,   ADVERSARY PROCEEDING
NO. 22-00102-5-JNC

v.

**REBOOT, INC., d/b/a HIPAA GUARD,**
**RURAL LAB OUTREACH, LLC, and**
**MICHAEL REECE,**

Defendants.

|  |  |
|---|---|
| )  | |
| **IN RE:** | |
| | |
| **CAH ACQUISITION COMPANY #3, LLC,** | |
| **d/b/a HORTON COMMUNITY HOSPITAL,** | **CASE NO. 19-01180-5-JNC** |
| | |
| Debtor, | **CHAPTER 11** |
| | |
| ) | |
| **THOMAS W. WALDREP, JR., as** ) | |
| **LITIGATION TRUSTEE** ) | |
| ) | |
| Plaintiff, ) | **ADVERSARY PROCEEDING** |
| ) | **NO. 22-00103-5-JNC** |
| v. ) | |
| ) | |
| **REBOOT, INC., d/b/a HIPAA GUARD,** ) | |
| **RURAL LAB OUTREACH, LLC, and** ) | |
| **MICHAEL REECE,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| | |
| **IN RE:** | |
| | |
| **CAH ACQUISITION COMPANY 6, LLC,** | |
| **d/b/a I-70 COMMUNITY HOSPITAL,** | **CASE NO. 19-01300-5-JNC** |
| | |
| Debtor, | **CHAPTER 7** |
| | |
| ) | |
| **THOMAS W. WALDREP, JR., as** ) | |
| **CHAPTER 7 TRUSTEE** ) | |
| ) | |
| Plaintiff, ) | **ADVERSARY PROCEEDING** |
| ) | **NO. 22-00104-5-JNC** |
| v. ) | |
| ) | |
| **REBOOT, INC., d/b/a HIPAA GUARD,** ) | |
| **RURAL LAB OUTREACH, LLC, and** ) | |
| **MICHAEL REECE,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

2

| | |
|---|---|
| **IN RE:** | |
| **CAH ACQUISITION COMPANY 7, LLC,** d/b/a **PRAGUE COMMUNITY HOSPITAL,** | **CASE NO. 19-01298-5-JNC** |
| Debtor, | **CHAPTER 11** |

|  |  |
|---|---|
| **THOMAS W. WALDREP, JR.**, as **LITIGATION TRUSTEE** ) ) ) ) | |
| Plaintiff, ) ) | **ADVERSARY PROCEEDING NO. 22-00105-5-JNC** |
| v. ) ) | |
| **REBOOT, INC.**, d/b/a **HIPAA GUARD**, **RURAL LAB OUTREACH, LLC**, and **MICHAEL REECE**, ) ) ) ) | |
| Defendants. ) ) | |

**IN RE:**

**CAH ACQUISITION COMPANY 12, LLC,**
d/b/a **FAIRFAX COMMUNITY HOSPITAL,**   CASE NO. 19-01697-5-JNC

Debtor,   **CHAPTER 11**

|  |  |
|---|---|
| **THOMAS W. WALDREP, JR.**, as **LITIGATION TRUSTEE** ) ) ) ) | |
| Plaintiff, ) ) | **ADVERSARY PROCEEDING NO. 22-00106-5-JNC** |
| v. ) ) | |
| **REBOOT, INC.**, d/b/a **HIPAA GUARD**, **RURAL LAB OUTREACH, LLC**, and **MICHAEL REECE**, ) ) ) ) | |
| Defendants. ) ) | |

3

IN RE:

CAH ACQUISITION COMPANY 16, LLC,
d/b/a HASKELL COUNTY COMMUNITY
HOSPITAL,

      Debtor,

CASE NO. 19-01227-5-JNC

CHAPTER 11

|  |  |
|---|---|
| THOMAS W. WALDREP, JR., as LIQUIDATING TRUSTEE | )<br>)<br>) |
|     Plaintiff, | )<br>) |
| v. | ) |
| REBOOT, INC., d/b/a HIPAA GUARD, RURAL LAB OUTREACH, LLC, and MICHAEL REECE, | )<br>)<br>)<br>) |
|     Defendants. | )<br>) |

ADVERSARY PROCEEDING
NO. 22-00107-5-JNC

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
### TO RESPOND TO PLAINTIFF'S SECOND SET OF DISCOVERY

**NOW COMES** Defendants, Reboot, Inc. D/B/A HIPAA Guard, Rural Lab Outreach, LLC and Michael Reece, by and through its undersigned counsel, and presents to the Court its motion pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure for an enlargement of time of thirty (30) days until October 6, 2023 to respond to Plaintiff's Second Set of Admissions, Interrogatories and Requests for Production of Documents (the "Discovery Requests"). In support of this motion, Defendants state the following:

    1.    Plaintiff served the Discovery Requests on Defendants on August 7, 2023.

    2.    Defendants' time to respond to the requests has not expired, and they require additional time to adequately investigate and prepare their responses.

4

3. Also, since Defendants' receipt of the Discovery Requests, Defendants have replaced its lead counsel with the undersigned counsel as its lead counsel and counsel needs additional time to prepare the appropriate responses.

4. Furthermore, the Plaintiff recently filed its Third Motion to Amend Pretrial Scheduling Order (the "Third Motion") to have the deadlines in these actions track the scheduling order and deadlines in the "Management APs." Under the Third Motion, the discovery deadline would be extended to December 21, 2023. Therefore, Plaintiff will not prejudiced by the extension of the deadline to respond to the Discovery Requests.

5. Counsel for Defendants has consulted with the counsel for Plaintiff, and counsel for Plaintiff does not object to this requested extension of time.

6. A copy of the proposed Order granting the Motion is attached hereto as Exhibit A.

WHEREFORE, Defendants respectfully request the Court grant an extension of time of thirty (30) days, up to and including October 6, 2023, to respond to Plaintiff's Second Set of Admissions, Interrogatories and Requests for Production of Documents and to grant such other and further relief as the Courts deems just and proper.

Respectfully submitted this 31st day of August, 2023.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ James S. Livermon III
James S. Livermon III
NC State Bar No. 26492
Email: Charlie.Livermon@wbd-us.com
Jesse A. Schaefer
NC State Bar No. 44773
Email: Jesse.Schaefer@wbd-us.com
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2148

*Counsel forDefendants*

EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

**IN RE:**

| | |
|---|---|
| **CAH ACQUISITION COMPANY #1, LLC,** d/b/a **WASHINGTON COUNTY HOSPITAL,** | **CASE NO. 19-00730-5-JNC** |
| Debtor, | CHAPTER 11 |

| | |
|---|---|
| **THOMAS W. WALDREP, JR.**, as **LITIGATION TRUSTEE** ) ) ) ) | |
| Plaintiff, ) ) | ADVERSARY PROCEEDING NO. 22-00101-5-JNC |
| vi. ) ) | |
| **REBOOT, INC.**, d/b/a **HIPAA GUARD**, **RURAL LAB OUTREACH, LLC**, and **MICHAEL REECE**, ) ) ) ) | |
| Defendants. ) ) | |

**IN RE:**

| | |
|---|---|
| **CAH ACQUISITION COMPANY #2, LLC,** d/b/a **OSWEGO COMMUNITY HOSPITAL,** | **CASE NO. 19-01230-5-JNC** |
| Debtor, | CHAPTER 11 |

6

|  |  |
|---|---|
| THOMAS W. WALDREP, JR., as ) <br> LITIGATION TRUSTEE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REBOOT, INC., d/b/a HIPAA GUARD, ) <br> RURAL LAB OUTREACH, LLC, and ) <br> MICHAEL REECE, ) <br> ) <br> Defendants. ) <br> ) | ADVERSARY PROCEEDING <br> NO. 22-00102-5-JNC |

IN RE:

|  |  |
|---|---|
| CAH ACQUISITION COMPANY #3, LLC, <br> d/b/a HORTON COMMUNITY HOSPITAL, | CASE NO. 19-01180-5-JNC |
| Debtor, | CHAPTER 11 |

|  |  |
|---|---|
| THOMAS W. WALDREP, JR., as ) <br> LITIGATION TRUSTEE ) <br> ) <br> Plaintiff, ) <br> ) <br> vi. ) <br> ) <br> REBOOT, INC., d/b/a HIPAA GUARD, ) <br> RURAL LAB OUTREACH, LLC, and ) <br> MICHAEL REECE, ) <br> ) <br> Defendants. ) <br> ) | ADVERSARY PROCEEDING <br> NO. 22-00103-5-JNC |

IN RE:

|  |  |
|---|---|
| CAH ACQUISITION COMPANY 6, LLC, <br> d/b/a I-70 COMMUNITY HOSPITAL, | CASE NO. 19-01300-5-JNC |
| Debtor, | CHAPTER 7 |

7

| | |
|---|---|
| THOMAS W. WALDREP, JR., as ) <br> CHAPTER 7 TRUSTEE ) <br> ) <br> Plaintiff, ) <br> ) <br> vi. ) <br> ) <br> REBOOT, INC., d/b/a HIPAA GUARD, ) <br> RURAL LAB OUTREACH, LLC, and ) <br> MICHAEL REECE, ) <br> ) <br> Defendants. ) <br> ) | ADVERSARY PROCEEDING <br> NO. 22-00104-5-JNC |

IN RE:

| | |
|---|---|
| CAH ACQUISITION COMPANY 7, LLC, <br> d/b/a PRAGUE COMMUNITY HOSPITAL, | CASE NO. 19-01298-5-JNC |
| Debtor, | CHAPTER 11 |

| | |
|---|---|
| THOMAS W. WALDREP, JR., as ) <br> LITIGATION TRUSTEE ) <br> ) <br> Plaintiff, ) <br> ) <br> vi. ) <br> ) <br> REBOOT, INC., d/b/a HIPAA GUARD, ) <br> RURAL LAB OUTREACH, LLC, and ) <br> MICHAEL REECE, ) <br> ) <br> Defendants. ) <br> ) | ADVERSARY PROCEEDING <br> NO. 22-00105-5-JNC |

IN RE:

| | |
|---|---|
| CAH ACQUISITION COMPANY 12, LLC, <br> d/b/a FAIRFAX COMMUNITY HOSPITAL, | CASE NO. 19-01697-5-JNC |
| Debtor, | CHAPTER 11 |

|  |  |
|---|---|
| THOMAS W. WALDREP, JR., as LITIGATION TRUSTEE )<br><br>Plaintiff, )<br><br>vi. )<br><br>REBOOT, INC., d/b/a HIPAA GUARD, RURAL LAB OUTREACH, LLC, and MICHAEL REECE, )<br><br>Defendants. ) | ADVERSARY PROCEEDING NO. 22-00106-5-JNC |

**IN RE:**

| | |
|---|---|
| CAH ACQUISITION COMPANY 16, LLC, d/b/a HASKELL COUNTY COMMUNITY HOSPITAL, | CASE NO. 19-01227-5-JNC |
| Debtor, | CHAPTER 11 |

|  |  |
|---|---|
| THOMAS W. WALDREP, JR., as LIQUIDATING TRUSTEE )<br><br>Plaintiff, )<br><br>vi. )<br><br>REBOOT, INC., d/b/a HIPAA GUARD, RURAL LAB OUTREACH, LLC, and MICHAEL REECE, )<br><br>Defendants. ) | ADVERSARY PROCEEDING NO. 22-00107-5-JNC |

9

## ORDER GRANTING DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S SECOND SET OF DISCOVERY

This matter comes before the Court upon the Motion for Enlargement of Time to Respond to Plaintiff's Second Set of Discovery (the "Motion") filed on behalf of Defendants Reboot, Inc., D/B/A HIPAA Guard, Rural Lab Outreach, LLC, and Michael Reece ("Defendants"). For the reasons stated in the Motion, it is:

ORDERED, AJUDGED AND DECREED that the Motion is hereby granted and Defendants shall have up to and including October 6, 2023 to respond to Plaintiff's Discovery Requests.

END OF DOCUMENT

## CERTIFICATE OF SERVICE

I, the undersigned, or Womble Bond Dickinson (US) LLP certifies:

That I am, at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, the foregoing Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Second Set of Discovery was served by electronic means through the court's CM/ECF service on:

>Micah E. Marcus, Esq.
>John Van Swearingen, Esq.
>Attorneys for Plaintiff

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 31, 2023          **WOMBLE BOND DICKINSON (US) LLP**

By:    /s/ James S. Livermon, III
        James S. Livermon, III

*Counsel for Defendants*